Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

AUG 12 2015

David J. Bradley, Clerk of Court

**15 CR 434**

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. H-15- |
| | § | COMPL. NO. H-15-1087M |
| FREDDY PENALOZA | § | |
| EDUARDO ARAUJO PEREZ | § | UNDER SEAL |
| CHRISTIAN DEVAUGHN WARE | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Possess with Intent to Distribute)

On or about July 14, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**FREDDY PENALOZA**
**EDUARDO ARAUJO PEREZ**
and
**CHRISTIAN DEVAUGHN WARE,**

knowingly and intentionally did combine, conspire, confederate, and agree together and with each other and others known and unknown to the Grand Jury, to commit an offense defined in Title 21, United States Code, Section 841(a)(1), that is, to distribute a controlled substance. The overall scope of the conspiracy involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 846, 841(a)(1)&(b)(1)(A)(viii).**

## COUNT TWO
### (Possession with Intent to Distribute)

On or about July 14, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**FREDDY PENALOZA**
**EDUARDO ARAUJO PEREZ**
**and**
**CHRISTIAN DEVAUGHN WARE,**

aided and abetted each other and others known and unknown to the Grand Jury to knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**In violation of Title 18 United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).**

A TRUE BILL:

Original Signature on File
_____
FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: _____
BERTRAM A. ISAACS
Assistant United States Attorney