United States District Court
Southern District of Texas
**ENTERED**
November 16, 2015
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:15−cr−00434 |
| | § | |
| Freddy Penaloza | § | |

## ORDER APPOINTING COUNSEL

    Because the Defendant, Freddy Penaloza, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Stephen Randall

    The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

    Signed on November 16, 2015.

_____
Nancy K. Johnson
United States Magistrate Judge