December 16, 2015

Clerk, U.S. District Court
P.O. Box 61010
Houston, TX. 77002



Re: Case N° H 15-434 - U.S.A. v. Freedy Penaloza, (USM N° 94653379; In the District Court for the Southern District of Texas, Houston Division.

Please forward me a full copy of my Docket Sheet in the above mention case.

I need the full docket sheet showing all activity for <u>ALL</u> defendants to the current date. I have filed a forma Pauperus form with the Court appointed counsel.

Please forward mail to: Freedy Penaloza USM N° 94653379, Joe Corley D.C., 500 Hilbig St., Conroe, TX. 77301.

Sincerely,

Freedy Penaloza
USM N° 94653379

Return Address:
Freddy Penaloza
USM no 94653379
Joe Corley D.C.
500 Hilbig St.
Conroe TX 77301

THIS LEGAL MAIL HAS NOT BEEN INSPECTED

Clerk, U.S. District Court
P.O. Box 61010
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
DEC 18 2015
David J. Bradley, Clerk of Court