UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. H-15-434 |
| | § | |
| FREDDY PENALOZA | § | |

**GOVERNMENT'S AGREED MOTION TO RESET THE SENTENCE HEARING**

The United States of America by and through Kenneth Magidson, United States Attorney for the Southern District of Texas and Bertram A. Isaacs, Assistant United States Attorney for the Southern District of Texas files this agreed Motion to reset the sentence setting in this case.

The above styled case is currently scheduled for a sentence hearing on July 22, 2016 at 10:20am.

The undersigned Assistant United States has a conflict with the current pre-trial setting that requires him to be elsewhere on from July 14, 2016 until July 25, 2016.

The undersigned Assistant United States Attorney request this court to rest the sentence hearing to July 29, 2016. The undersigned Assistant United States has spoken to the Counsel for Freddy Penaloza and he has agreed to this request to reset the sentence hearing to July 29, 2016.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests that the sentence hearing be reset to July 29, 2016.

Respectfully Submitted

KENETH MAGIDSON
United States Attorney

By: _____
BERTRAM A. ISAACS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion to Rest the Sentence Hearing was electronically filed in accordance with the local rules in the Southern District of Texas on this 23rd day of July, 2016.

_____
BERTRAM A. ISAACS
Assistant United States Attorney
Tel. (713) 567-9557
Email: bert.isaacs@usdoj.gov

Courtesy copy emailed to:

Stephen E. Randall
Attorney for Freddy Penaloza
440 Louisiana, Suite 900
Houston, Texas 77002
Tel. (713) 275-2179
Email: Stephen.e.randall@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-15-434 |
| | § | |
| FREDDY PENALOZA | § | |

## **ORDER**

HAVING CONSIDERED the Government's Agreed Motion to reset the sentence hearing and the Court having considered the same;

IT IS HEREBY ORDERED that said motion is GRANTED/DENIED. The Sentence hearing in this case is scheduled on _____ .

SIGNED this day of _____ June, 2016.

_____
EWING WERLEIN, Jr.
UNITED STATES DISTRICT JUDGE