IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  No. 15-CR-434 (1)

FREDDY PENALOZA

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE EWING WERLEIN, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, undersigned counsel, STEPHEN E. RANDALL, who moves the Court to allow him to withdraw from further representation of the Defendant, FREDDY PENALOZA, and would show the Court the following:

    Undersigned counsel was appointed to represent the Defendant in the above-referenced matter for the trial phase of the case.  Defendant has now been found guilty and sentenced, and does not appeal his conviction or sentence.  The obligations with regards to this defendant have been fulfilled.  Undersigned counsel respectfully asks the Court to formally relieve him of any further responsibility in this case.

    Respectfully submitted,

_____

Stephen E. Randall,
Attorney at Law

SDTX Bar No. 1114448  
440 Louisiana, 9th Floor  
Houston, TX  77002  
Ofc:  (713)275-2179  
Fax:  (713)236-7797  
stephen.e.randall@gmail.com  

ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 5, 2016, I communicated the substance of this motion, by email, to Bert Isaacs, Assistant United States Attorney for this case. As he has not responded, the United States must be presumed to be OPPOSED to the granting of this motion.

Stephen E. Randall

## CERTIFICATE OF SERVICE

I certify that, contemporaneously with filing, a copy of the foregoing Motion to Withdraw was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney.

Stephen E. Randall